IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERRICK M. WRIGHT, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civ. Action No. 14-008-GMS ) |
| CELLO PARTNERSHIP d/b/a Verizon Wireless, et al., | ) ) ) ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 25th day of March, 2014, for the reasons set forth in the Memorandum issued this date, it is hereby ordered that:

1. The complaint is **dismissed** without prejudice to the filing of twelve new complaints for failure to comply with Fed. R. Civ. P. 20.

2. The motion to dismiss (D.I. 5) is denied without prejudice and as moot.

3. New complaints shall contain only the claims and the defendants that are related and involve the same transactions or occurrences and have a common legal and factual basis as required by Rule 20(a).

4. New complaints shall be complete in all respects and shall be "simple, concise, and direct", as required by the Rules of Civil Procedure.

5. All claims of the plaintiff that are unrelated must be filed as separate actions accompanied by separate motion for leave to proceed in forma pauperis.

_____
CHIEF UNITED STATES DISTRICT JUDGE